## BECK v. ACME MARKETS, Inc.
### No. 8092.

Circuit Court of Appeals, Third Circuit.
Argued Oct. 22, 1942.

Decided Oct. 26, 1942.

Joseph Coult, Jr., of Newark, N. J. (Coult, Satz, Morre & Coult, of Newark, N. J., on the brief), for appellant.

Joseph V. Fumagalli, of Paterson, N. J. (Peter Hofstra and Joseph J. De Luccia, both of Paterson, N. J., on the brief), for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

Our consideration of the testimony and the charge of the trial judge satisfies us that the questions of negligence and contributory negligence which this case raises were for the jury and that they were submitted by the trial judge in a charge which contained no prejudicial error.

Accordingly, the judgment of the district court entered upon the verdict returned for the plaintiff is affirmed.